# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KAISHAU LASHAAE KIRBY                        PLAINTIFF

v.                      No. 3:18-cv-6-DPM

JOSHUA MURRAY; KEVIN
ABLES; SANTOS BERUMEN;
ROSS THOMPSON; and the
CITY OF BLYTHEVILLE,
ARKANSAS                                     DEFENDANTS

## ORDER

For the reasons stated on the record at the 19 December 2018 telephone conference, the Defendants' motion, № 13, is denied as moot. Kirby's lawyer should, based on information in hand, provide preliminary responses to the Defendants' discovery without Kirby's help or verification by 3 January 2019. The Court also extends the discovery cutoff to 28 February 2019. Counsel should set tentative deposition dates in late February now. If Kirby doesn't surface and contact her lawyer by 18 January 2019, he should promptly move to voluntarily dismiss the complaint without prejudice. Defendants will not oppose that motion in the circumstances.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 December 2018