IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KAISHAU LASHAAE KIRBY                                        PLAINTIFF

v.                          No. 3:18-cv-6-DPM

JOSHUA MURRAY; KEVIN
ABLES; SANTOS BERUMEN;
ROSS THOMPSON; and the
CITY OF BLYTHEVILLE,
ARKANSAS                                                    DEFENDANTS

## JUDGMENT

The case is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

4 January 2019